

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 19, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. The U.S. Probation Office for the Eastern District of New York is directed to release to the U.S. Attorney's Office for the Southern District of New York all of its records relating to defendant's supervision in the Eastern District of New York.
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Date: December 20, 2024
> New York, New York

Re:   *United States v. Terell Clarke*, 16 Cr. 505 (NRB)

Dear Judge Buchwald:

    The Government writes respectfully to request an order from the Court directing the United States Probation Office, Eastern District of New York, to release to the U.S. Attorney's Office, Southern District of New York, all of its records relating to defendant Terell Clarke's supervision in the Eastern District of New York. The Government seeks these records in connection with its preparation for the upcoming revocation hearing scheduled in this case for January 30, 2025 at 10:30 a.m.

                      Respectfully submitted,

                      EDWARD Y. KIM
                      Acting United States Attorney

        by: _____
              Rebecca R. Delfiner
              Assistant United States Attorney
              (212) 637-2427

cc:   Elizabeth Macedonio, Esq. (by ECF)