```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

        v.                                    ORDER

TERELL CLARKE,                           16 Crim. 505 (NRB)

              Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS on May 8, 2025, Elizabeth Macedonio submitted a letter requesting that she be relieved as counsel for defendant Terell Clarke and that new counsel be appointed, ECF No. 295; it is hereby

**ORDERED** that, pursuant to the Criminal Justice Act, Jeffrey G. Pittell is assigned to represent defendant Terell Clark in substitution for Ms. Macedonio, who has been relieved.

Dated:   New York, New York
         May 14, 2025

```
                              _____
                                  NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
```