# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| jp@jpittell.com | jp@jpittell.com |

May 3, 2023

Hon. Naomi Reice Buchwald
U.S. District Court - SDNY
U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Re:     Re:     *U.S. v. Clarke* 16 cr 505 (NRB)

Dear Judge Buchwald:

> Application granted. The VOSR sentencing is adjourned to July 1, 2025 at 11:00 a.m.
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Date: May 21, 2025
> New York, New York

I am newly appointed counsel to Terell Clarke in the above referenced matter.

I am informed his sentencing is scheduled for Thursday, May 22, 2024.

Due to the recency of my appointment, please accept this letter in lieu of a formal motion requesting an adjournment of the sentencing, for approximately forty-five days, to a date during mid-July which is mutually available for the Court and the parties.

I make this request as I will need time to review the file from prior counsel, confer with Mr. Clarke and prepare a sentencing submission.

> Respectfully submitted,
> /s/
> Jeffrey G. Pittell

cc:     Government Counsel of Record (by ECF)