

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 8, 2025

**By ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted.  The Government's
letter is due August 15, 2025, and the
defense's letter is due September 5, 2025.

SO ORDERED.

                  [signature]
          NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE
Date: New York, New York
      August 11, 2025
```

Re:   *United States v. Terell Clarke*, 16 Cr. 505 (NRB)

Dear Judge Buchwald:

    The Government respectfully requests an extension of time to file its letter responding to the defendant's request to withdraw his admission to specification one of the Violation Report in this matter, as discussed at the July 29, 2025 conference. The Government's letter is currently due Tuesday, August 12, 2025, and the defense response is due Tuesday, September 2, 2025. The Government respectfully requests to file its letter on Friday, August 15, 2025. The defense consents to this request, but asks that its deadline move in tandem to Friday, September 5, 2025.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

                by: _[signature]_____
                            Lara Pomerantz
                            Rebecca Delfiner
                            Assistant United States Attorney
                            (212) 637-2343 / 2427

cc: Jeffrey G. Pittell, Esq.